# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:23-cv-00063-GCM

| | |
|---|---|
| **MAURICE DEON RIVERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **MULTACOM CORPORATION/** ) | |
| **DAWGPOUND.COM,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Maurice Deon Rivers ("Plaintiff") filed this action on February 3, 2023, against Defendant Multacom Corporation/Dawpound.com. [Doc. 1]. Plaintiff is proceeding in forma pauperis. [Docs. 5, 6]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 6]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff 21 days from March 27, 2023, to amend his Complaint in accordance with the terms of the Court's Order. [Id.]. The Court advised Plaintiff that if he failed to timely file an amended complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 4]. Thereafter, on Plaintiff's motion, the Court allowed Plaintiff an additional 10 days to amend his Complaint. [Doc. 7, 4/18/2023 Docket Entry].

The extended deadline has now expired, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice for Plaintiff's failure to prosecute.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

Signed: May 8, 2023

Graham C. Mullen
United States District Judge